# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILL L. WILSON,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 2:14-cv-08023-CLS-TMP |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On June 24, 2016, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2255 be denied and dismissed with prejudice. The petitioner's objections to the Report and Recommendation were received by the court on July 15, 2016.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the petitioner's objections, the court is of the opinion that the report is due to be, and it hereby is, ADOPTED, and the recommendation ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2255 in the above-styled cause is due to be DISMISSED WITH

PREJUDICE. An order of final judgment will be entered contemporaneously herewith.

DONE this 14th day of February, 2017.

_____
United States District Judge