# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **WILL L. WILSON,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 2:14-cv-08023-CLS-TMP |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Respondent. | ) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith and with Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the petitioner's claims in this action brought pursuant to 28 U.S.C. § 2255 are **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this file.

DONE this 14th day of February, 2017.

_____
United States District Judge